Certificate Number: 14912-PAW-DE-038139830

Bankruptcy Case Number: 24-20084



14912-PAW-DE-038139830

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2024, at 7:30 o'clock PM EST, Paul Matisz completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 29, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor