**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul D. Matisz <br><br>                           Debtor(s) | |
| Nationstar Mortgage LLC,<br>its successors and/or assigns<br>                           Movant<br>                v.<br>Paul D. Matisz<br>                           Respondent(s)<br>                 and<br>Rosemary C. Crawford, Trustee<br>                         Additional Respondent | BK. NO. 24-20084 JCM<br><br>CHAPTER 7<br>Related to Docket #___17_____ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

      AND NOW, this   25th day of April  , 2024, at Pittsburgh, upon Motion of Nationstar Mortgage LLC, it is

      **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 2512 Monroe Street, Natrona Heights, PA 15065 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                                          _____
                                                          John C. Melaragno, Judge  jlm
                                                          United States Bankruptcy Court

                                                          SIGNED
                                                          4/25/24 4:03 pm
                                                          CLERK
                                                          U.S. BANKRUPTCY
                                                          COURT - WDPA