# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 4/25/2024 |
| Case: 24–20084–JCM | Form ID: pdf900 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Brian J. Bleasdale     bleasdb@yahoo.com
aty     Denise Carlon     dcarlon@kmllawgroup.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Paul D. Matisz     2512 Monroe Street     Natrona Heights, PA 15065

TOTAL: 1