**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Paul D. Matisz<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8890<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 24–20084–JCM | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paul D. Matisz

5/22/24                                                          **By the court:**   John C Melaragno
                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Paul D. Matisz  
    Debtor

Case No. 24-20084-JCM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3  
Date Rcvd: May 22, 2024      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Paul D. Matisz, 2512 Monroe Street, Natrona Heights, PA 15065-2523 |
| 15674768 | + | Amber Matisz, 15662 NE 100th Way, Redmond, WA 98052-1001 |
| 15674777 | + | Danielle M. Dileva, Esq., KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15674778 | + | David W. Raphael, Esq., First National Bank of PA, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5711 |
| 15674780 | | Galaxy International Purchasing LLC, c/o Martin E. Odstrchel, Esq., 250 N. Sunny Slope Road, Suite 300, Brookfield, WI 53005-4824 |
| 15674784 | + | Michael R. Lipinski, Esq., RAS LaVrar, LLC, 425 Commerce Drivev, Suite 150, Fort Washington, PA 19034-2727 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | May 23 2024 03:24:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | May 23 2024 03:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2024 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 23 2024 03:24:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2024 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | May 23 2024 03:24:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 22 2024 23:38:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15674766 | + | EDI: MAXMSAIDV | May 23 2024 03:24:00 | Aidvantage, Attn: Bankruptcy, P.O. Box 9635, Wiles-Barr, PA 18773-9635 |
| 15674767 | + | EDI: GMACFS.COM | May 23 2024 03:24:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15674769 | + | EDI: TSYS2 | May 23 2024 03:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West Street, Wilmington, DE 19801-5014 |
| 15674770 | + | EDI: TSYS2 | | |

Case 24-20084-JCM    Doc 24    Filed 05/24/24    Entered 05/25/24 00:30:18    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: May 22, 2024 | Form ID: 318 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type / Email Address | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | May 23 2024 03:24:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15674772 | | Email/Text: bankruptcy@cavps.com | May 22 2024 23:38:00 | Cavalry Portfolio Services, 4050 E. Cotton Center Blvd, Phoenix, AZ 85040 |
| 15674771 | + | Email/Text: bankruptcy@cavps.com | May 22 2024 23:38:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15674774 | + | EDI: CITICORP | May 23 2024 03:24:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15674775 | + | EDI: CITICORP | May 23 2024 03:24:00 | Citibank, N.A., P.O. Box 6181, Sioux Falls, SD 57117-6181 |
| 15674776 | + | EDI: CITICORP | May 23 2024 03:24:00 | Citibank/Sears, Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 15674779 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 22 2024 23:38:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15674781 | + | EDI: PHINGENESIS | May 23 2024 03:24:00 | Genesis FS Card Services, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15674782 | + | Email/Text: bankruptcy@huntington.com | May 22 2024 23:38:00 | Huntington National Bank, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15674773 | | EDI: JPMORGANCHASE | May 23 2024 03:24:00 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 15674783 | | EDI: JPMORGANCHASE | May 23 2024 03:24:00 | JP Morgan Chase Bank Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15674785 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2024 23:38:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15674786 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2024 23:38:00 | Midland Credit Mgmt, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15674787 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 22 2024 23:38:00 | Mr Cooper/United Wholesale, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 15674788 | | Email/Text: Bankruptcy.Notices@pnc.com | May 22 2024 23:37:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15674792 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | May 22 2024 23:37:00 | Sezzle, 251 1st Avenue, Minneapolis, MN 55401 |
| 15674791 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | May 22 2024 23:37:00 | Sezzle, Attn: Bankruptcy, P.O. Box 3320, Minneapolis, MN 55403 |
| 15674789 | + | EDI: SALLIEMAEBANK.COM | May 23 2024 03:24:00 | Sallie Mae Bank Inc., P.O. Box 3229, Wilmington, DE 19804-0229 |
| 15674790 | + | EDI: CITICORP | May 23 2024 03:24:00 | Sears/CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15674793 | + | EDI: PHINGENESIS | May 23 2024 03:24:00 | TBOM/Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | NATIONSTAR MORTGAGE LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 | User: admin | Page 3 of 3
Date Rcvd: May 22, 2024 | Form ID: 318 | Total Noticed: 34

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Paul D. Matisz bleasdb@yahoo.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 5